PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ramon Castro                                   Cr.: 07-CR-595-01
                                                                  PACTS Number: 45408

Name of Sentencing Judicial Officer: Jose L. Linares

Date of Original Sentence: 01-11-08

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 3 years probation

Type of Supervision: Probation                    Date Supervision Commenced: 01-11-08

### PETITIONING THE COURT

[ ]   To extend the term of supervision for      Years, for a total term of      Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall submit his person, residence, office, or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

### CAUSE

The instant offense resulted from an investigation initiated by the US Secret Service which revealed that Castro, along with another individual, was responsible for a $60,000 counterfeit currency transaction executed on 3/24/2006, and a $10,000 transaction on 4/3/2006. In addition, Castro's pattern of similar criminal behavior includes arrests for: Possession of Gambling Records; Manufacture/Distribute Controlled Dangerous Substance; Distribution of Controlled Dangerous Substance on school property; and Possession with Intent to Deliver a Controlled Dangerous Substance (cocaine). Based on the aforementioned, the offender has agreed to submit to this condition.

PROB 12B - Page 2
Ramon Castro

Respectfully submitted,
By: Luis R. Gonzalez
Senior U.S. Probation Officer
Date: 06-25-08

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____6/30/08_____
Date